# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3174
L.T. Case No. 2023-CA-011083

_____

TODD SMITH,

    Appellant,

    v.

CITY OF JACKSONVILLE,
FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Gilbert Lee Feltel, Jr., Judge.

Thomas A. Delegal, III, James Clifton Poindexter, and Alexandra E. Underkofler, of Delegal, Poindexter & Underkofler P.A., Jacksonville, for Appellant.

Laura Boeckman, Assistant General Counsel, of Office of General Counsel, Jacksonville, for Appellee.

January 8, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____